In the Matter of the Accounting of EVERETT S. HISCOX, et al., as Executors of DAVID HISCOX, Deceased, Appellants.

HARRIET M. HUGHES, Individually and as Executrix of DAVID HISCOX, Deceased, Respondent.

*Matter of Hiscox*, 175 App. Div. 941, affirmed.
(Argued April 16, 1917; decided May 1, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 2, 1916, which affirmed a decree of the Suffolk County Surrogate's Court directing the appellants as two of the five executors of the will of the deceased to amend their accounts, previously filed herein, so as to show the exact condition of the estate of the testator at the date of his death and the entire conduct of the business of the Hiscox Chemical Works (the property of the decedent at his death) subsequent to his death, including all sales and expenses of the conduct of the business, so as to show the actual profits thereof as previously directed by a prior decree dated April 2, 1909, and to pay to the respondent out of such profits and proceeds the sum of $8,000, being the amount of an annuity provided for her by the will of testator, due at the date of said decree, with interest from the various dates upon which successive installments thereof accrued.

*Warren Bigelow* and *Robert S. Pelletreau* for appellants.

*P. L. Housel* and *Timothy M. Griffing* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.